**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02032-RM-NYW

WILLIAM TOWLE,

    Plaintiff,

v.

GISELA WALKER, and
ROBYN BUTTON,

    Defendants.

---

**MINUTE ORDER**

---

Entered By Magistrate Judge Nina Y. Wang

    This civil action is before the court on Defendant Robyn Button's Unopposed Motion to Stay Discovery (the "Motion"). [#35, filed February 1, 2016]. The matter was referred to this Magistrate Judge pursuant to the Order Referring Case dated September 17, 2015 [#4] and the memorandum dated February 1, 2016 [#36].

    On December 14, 2015, Defendant Gisela Walker filed a Motion to Dismiss Plaintiff's Complaint. *See* [#18]. Plaintiff filed a timely Response [#27], and Defendant filed a timely Reply [#31]. On January 27, 2016, Defendant Button filed a Motion to Dismiss, asserting qualified immunity as a defense. *See* [#32]. She asks that the court vacate the Scheduling Conference set for February 23, 2016 and stay all discovery pending resolution of Defendants' Motions to Dismiss. Plaintiff does not oppose.

    IT IS ORDERED that the Motion [#35] is **GRANTED**:

1. Discovery in this action is **STAYED** pending resolution of Defendants' Motions to Dismiss [#18, #32]; and

2. The Scheduling Conference and Motion Hearing set for February 23, 2016 are **VACATED**, along with associated deadlines, to be reset if necessary.

DATED: February 2, 2016