IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | |
|---|---|---|
| Civil Action: | 15-cv-02032-RM-NYW | Date: April 21, 2016 |
| Courtroom Deputy: | Emily Buchanan | FTR: NYW COURTROOM C-204* |

| *Parties* | *Counsel* |
|---|---|
| WILLIAM TOWLE, | *Alison Ruttenberg* |
| **Plaintiff,** | |
| v. | |
| GISELA WALKER, PA, and | *J. Nicholas Boeving* |
| ROBYN BUTTON, PA, | *Christopher Alber* |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

Court in Session: 11:02 a.m.

Appearances of counsel.

Discussion and argument held on Plaintiff's Motion for Leave to File an Amended Complaint (Doc. No. 47, filed March 27, 2016).

**ORDERED:** Any proposed supplementation to the record shall be filed on or before April 22, 2016.

**ORDERED:** Plaintiff's Motion for Leave to File an Amended Complaint [47] is TAKEN UNDER ADVISEMENT. Court contemplates issuing a written order or recommendation that addresses all pending motions.

Court in Recess: 11:27 a.m.          Hearing concluded.          Total time in Court:  00:25
 * To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.